(November 17, 1955.)

EUGENE BEDARF et al., Respondents, v. BENJAMIN ROSENBAUM, Appellant, et al., Defendant.—

Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ., concur.